THOMAS v. BULLOCK

No. 306P99

Case below: 133 N.C.App. 194

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

THOMPSON v. WATERS

No. 267PA99

Case below: 350 N.C. 851
            133 N.C.App. 194

Motion by defendant (Lee County) to withdraw conditional petition allowed 7 October 1999.

TRANSCONTINENTAL GAS PIPE LINE CORP. v. CALCO ENTER.

No. 132P99

Case below: 132 N.C.App. 237

Petition by defendant (N.C. Equipment Co.) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 7 October 1999.

TYSON v. HENRY

No. 320P99

Case below: 133 N.C.App. 415

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

VAN SIPE v. SERVICE AMERICA CORP.

No. 265P99

Case below: 133 N.C.App. 194

Motion by defendants to dismiss the appeal for lack of substantial constitutional question allowed 7 October 1999. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.